# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FELTON KEYES, JR.

VERSUS

EVERGREEN ENVIRONMENTAL
SERVICES, INC.

NO.   2021 CW 0491

**AUGUST 16, 2021**

---

In Re:   Evergreen Environmental Services, Inc., applying for
supervisory writs, Office of Workers' Compensation,
Parish of Terrebonne, District 9, No. 20-02704.

---

**BEFORE:   GUIDRY, McDONALD, AND WOLFE, JJ.**

**WRIT DENIED.**

JMG
JMM
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT